# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 72 WM 2016

               Respondent    :

         v.    :

CLARENCE COLEMAN,    :

               Petitioner    :

## ORDER

**PER CURIAM**

**AND NOW**, this 27th day of July, 2016, the Petition for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.